

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00673-CV

Veronica **ALVARADO**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07025
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed:  October 24, 2018

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss the appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Pursuant to the parties' agreement, we order all costs to be borne by the party that incurred them. *See id.* R. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM